IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

GAFAR O. KOSOKO BALOGUN
also known as
Remi Kosoko,

   Defendant.

CRIMINAL FILE NO.

1:11-CR-482-1-TWT

**ORDER**

This is a criminal   action.   It is before the Court on the Report and Recommendation [Doc. 234] of the Magistrate Judge recommending denying the  pro se Defendant's Motion to Vacate Sentence [Doc. 210]. The Defendant has not shown that he received ineffective assistance of counsel in connection with his guilty plea or sentencing.  All other claims are barred by the appeal waiver.   The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 210] is DENIED.

SO ORDERED, this 6 day of November, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge